IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE HALL | : | CIVIL ACTION |
| v. | : | |
| WYETH, INC, ET AL. | : | NO. 10-00738 |

## ORDER

**AND NOW**, this 30th day of September 2010, upon consideration of Defendants' Motion to Dismiss (Doc. No. 7), Plaintiff's Response in Opposition thereto (Doc. No. 12), and Defendants' Reply in Further Support thereof (Doc. No. 15), it is hereby **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 7) is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.